**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GASPAR RODRIGUEZ MEDINA,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. 5:26-cv-05034-PA (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition for want of prosecution and noncompliance with court orders, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

The clerk of court is instructed to close this case.

DATED: October 27, 2026

PERCY ANDERSON
United States District Judge